UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LARRY BRADER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

No. 1:16-cv-03149-RHW

**ORDER GRANTING MOTION FOR REMAND**

Before the Court is a Stipulated Motion for Remand and jointly move the Court to remand for further administrative proceedings. **ECF No. 21.** Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for disability benefits is **REVERSED** and **REMANDED** for further proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) determine whether Mr. Brader is illiterate according to Agency standards; (2) consider the medical evidence and if Mr. Brader has a learning disability; (3) reconsider Mr. Brader's residual functional capacity and resolve any conflicts with the Dictionary of Occupational Titles, for

**ORDER GRANTING MOTION FOR REMAND ~ 1**

example, with regard to reaching or exertional levels; and (4) if necessary, reassess steps four and five of the sequential evaluation process with the assistance of a vocational expert.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. All pending motions in this matter are now moot.

4. Reasonable attorney fees shall be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

5. The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 9th day of June, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING MOTION FOR REMAND ~ 2**