# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

LARRY BRADER,

                                  *Plaintiff*

                                  v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                                  *Defendant*

)
)
)
)
)
)
)

Civil Action No.   1:16-cv-03149-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The parties' Stipulated Motion for Remand (ECF No. 21) is GRANTED.  The Commissioner's decision is REVERSED
and this matter is REMANDED for further administrative proceedings.  Judgment is entered for Plaintiff and against
Defendant.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Robert H. Whaley _____ on a
Stipulated Motion for Remand (ECF No. 21).

Date:   6/9/2017 _____

                               *CLERK OF COURT*

                             SEAN F. McAVOY _____

                             s/ Lennie Rasmussen _____

                                    *(By) Deputy Clerk*

                             Lennie Rasmussen _____